Lewis B. Goodsell and George L. Campbell, appellants *v.* Ray Boynton and Harry Hyde, appellees.

*Appeal from Cook.*

It has been decided by all American courts, that statutes take effect from their passage, where no time is fixed; and this is now the settled rule of law.
The spring term of the Cook Circuit Court was changed from March to April, by an act of the 2d of March, and the judge being ignorant of the change, held the Court in March. Issue was joined in a cause, and the same, by agreement of parties, was submitted to the Court for trial. Judgment was rendered for the plaintiffs: *Held* that the proceedings were *coram non judice,* and that the judgment was illegal and void.

This was an action of *assumpsit* commenced by Boynton and Hyde against Goodsell and Campbell upon a promissory note. The declaration was in the usual form. The defendants pleaded the general issue, and the cause was submitted to the Court for trial at the March term, 1839, the Hon. John Pearson presiding. Judgment was rendered for the plaintiffs for $326,78 and costs. The defendants appealed to this Court.

The spring term of the Cook Circuit Court was changed from March to April, by an act of the General Assembly, approved March 2d, 1839. The Court commenced its session March 4th.

J. Young Scammon, for the appellants.

G. Spring and J. Butterfield, for the appellees.

Browne, Justice, delivered the opinion of the Court:
This was an action of *trespass on the case* brought in the

(1) Breese 96.

Cook Circuit Court. The judgment in that Court was rendered in favor of the plaintiffs below, and is now brought to this Court by appeal. The only objection raised by the appellants in this cause, is, that the judgment rendered in this cause, was rendered by a tribunal acting without the authority of law. The statute fixing the time and place for holding Courts, passed 2d March, 1839, changed the term of the Cook Circuit Court, from the first Monday in March, to April. It has been decided by all American courts, that statutes take effect from their passage, when no time is fixed, and this is now the settled rule.(1) It was so decided in the Circuit Court of the United States for the district of Massachusetts, in the case of the brig Ann ;(2) and it cannot be admitted in this country, that a statute shall by any fiction or relation, have any effect before it was actually passed. As the law fixing the first Monday in March for the Cook Circuit Court, was repealed, the proceedings were *coram non judice.*

The judgment of the Circuit Court is reversed with costs, and the cause remanded to be tried over again.

*Judgment reversed.*